IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ZACHARY D. SULLIVAN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | No. 23-2201-KHV |
| ) | |
| DEPARTMENT OF DEFENSE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

On May 3, 2023, plaintiff filed this action. On July 10, 2023, the summons on Lawrence Edward Page was returned unexecuted. As of August 1, 2023, the deadline for service under Rule 4(m), Fed. R. Civ. P., the record did not reflect that plaintiff had served the summons and complaint on defendant.[1] On August 1, 2023, the Court ordered plaintiff to show good cause in writing by August 10, 2023, why the Court should not dismiss this action without prejudice as to Lawrence Edward Page for lack of prosecution under Rule 4(m) of the Federal Rules of Civil Procedure. See Notice And Order To Show Cause (Doc. #96). Plaintiff has not filed a response. The Court therefore dismisses the action against this defendant without prejudice.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice as to Lawrence Edward Page for lack of prosecution under Rule 4(m) of the Federal Rules of Civil Procedure**.

**IT IS FURTHER ORDERED** that the Clerk shall enter final judgment dismissing

---

[1] Under Rule 4(m), Fed. R. Civ. P., "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."


**plaintiff's** <u>**Amended Complaint**</u> **(Doc. #11) against all defendants.**

Dated this 15th day of August, 2023 at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
KATHRYN H. VRATIL
United States District Judge