# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ZACHARY D. SULLIVAN, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **No. 23-2201-KHV** |
| DEPARTMENT OF DEFENSE, et. al., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## MEMORANDUM AND ORDER

On May 3, 2023, plaintiff, proceeding pro se, filed this action. On August 15, 2023, pursuant to various orders filed on July 24, July 27 and August 15, 2023, the Court dismissed plaintiff's amended complaint against all defendants. See Judgment (Doc. #100). This matter is before the Court on plaintiff's Motion to "Reconsider" My Civil Law Suit (Doc. #101) filed August 18, 2023. Because plaintiff filed this motion within 28 days of the Court's entry of judgment, the Court construes it as a Rule 59(e) motion to alter or amend the judgment. For reasons set forth below, the Court overrules plaintiff's motion.

A party may seek reconsideration of a dispositive order or judgment under Rule 59(e) of the Federal Rules of Civil Procedure. The Court has discretion whether to grant a party's motion to reconsider. Taylor v. Colo. Dep't of Health Care Pol'y & Fin., 811 F.3d 1230, 1236 (10th Cir. 2016). The Court may recognize any one of three grounds justifying alteration or amendment of a judgment under Rule 59(e): an intervening change in controlling law, availability of new evidence, or the need to correct clear error or prevent manifest injustice. Servants of Paraclete v. Does, 204 F.3d 1005, 1012 (10th Cir. 2000).

Plaintiff asks that the Court reconsider its orders dismissing his amended complaint against various defendants. Despite providing new information on his recent incarceration, plaintiff has not cited an intervening change in controlling law, presented new evidence or demonstrated any clear error or manifest injustice which would require the Court to reconsider its dismissal of plaintiff's amended complaint against all defendants. The Court therefore overrules plaintiff's motion.

**IT IS THEREFORE ORDERED** that plaintiff's Motion for Reconsideration (Doc. #101) filed August 18, 2023, which the Court construes as a motion to alter or amend the judgment under Rule 59(e) of the Federal Rules of Civil Procedure, is **OVERRULED.**

Dated this 30th day of August, 2023 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge